UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**QUINTON RILEY**                                                                                               **PLAINTIFF**
**ADC #156458**

V.                                    NO. 4:21-cv-00592-JM-ERE

**DOES, Parole Board**                                                                                  **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Riley's timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Writ of Mandamus (Doc. 1) is DISMISSED, and Mr. Riley's claims are DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 23rd day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE