UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**QUINTON RILEY** **PLAINTIFF**
**ADC #156458**

V.        NO. 4:21-cv-00592-JM-ERE

**DOES, Parole Board** **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 23rd day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE